Ray K. Shahani, Esq. SBN 160,814
Attorney at Law
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854
Telephone: (650) 348-1444
Facsimile: (650) 348-8655

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RIVERS, a California individual, | Case No:   C 12-04944 MEJ |
| Plaintiff, | The Honorable Maria-Elena James |
| vs. | CONSENT MOTION TO TRANSFER VENUE and [PROPOSED] ORDER |
| SKATE WAREHOUSE, LLC, a California limited liability corporation; DAVID STUBBS, an Individual; STEPHAN GARCIA, an Individual; and DOES 1-10 | |
| Defendants. | **Demand for Jury Trial** |

NOTICE TO ALL PARTIES AND THEIR ATTORNEYS:

Since this action was filed in the U.S. District Court for the Northern District of California, counsel for the parties have met and conferred regarding selection of venue. Counsel for all Defendants have indicated they believe venue is proper only in the Central District of California. The Plaintiff does not oppose transfer of the action to the Central District of California.

Therefore, on consent of all parties, Plaintiff hereby requests this Court to transfer the action to the U.S. District Court for the Central District of California.

///

1
2  Date:   November 7, 2012         Plaintiff's Counsel        /Ray K. Shahani/
                                                              Signature
3
4                                   Plaintiff's Counsel     Ray K. Shahani, Esq.
                                                              Printed Name
5
6  ///
7  ///
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 **[PROPOSED] ORDER**

2 **IT IS HEREBY ORDERED THAT** the Clerk of this Court shall immediately transfer
3 this Action to the U.S. District Court for the Central District of California.

5 IT IS SO ORDERED.

9 Dated: November 16, 2012

_____
United States Magistrate Judge
Hon. Maria-Elena James

12 ///

Consent Motion to Transfer Venue, [Proposed] Order
RIVERS v. SKATE WAREHOUSE et al.

Page 3 of 3
C 12-04944 MEJ